UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MAUREEN GILL,

                              Plaintiff,

- against -

THE CITY OF NEW YORK; DENNIS E. DEQUATRO,
as Former Commanding Officer, 9th Precinct, being sued
individually and in his official capacity as an employee of
Defendant THE CITY OF NEW YORK,

                              Defendants.

------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL**

Docket No. 10 CV 3852
(ILG)(RER)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 05 2012 ★
BROOKLYN OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above-captioned action, be, and hereby is, withdrawn with prejudice against defendants without costs to either party.

Dated: New York, New York
       August 1, 2012

THE SANDERS FIRM, P.C.
Attorney for Plaintiff
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
800-371-4835

By: _____
    Eric Sanders

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-115
New York, New York 10007
212-788-1158

By: _____
    Daniel Chiu
    Assistant Corporation Counsel

So ordered
s/ILG
USDJ
8/1/12